UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DOUGLAS HIRAM COLEMAN,                    Case No. 16-CV-2650 (PJS/LIB)

       Plaintiff,

v.                                                                    ORDER

DULUTH POLICE DEPARTMENT;
MIKE TUSKEN, Police Chief, both
individually and in his official capacity;
DAVE DROZDOWSKI, Badge #427,
Duluth Police Officer, both individually
and in his official capacity;  ROBERT
LE CLAIRE, Badge #511, Duluth Police
Officer, both individually and in his
official capacity; CHICOS, Badge #302,
Duluth Police Officer, both individually
and in his official capacity; FOURTH
STREET MARKET; MATTHEW
THOMAS POTTER,  proprietor/manager;
and MS. DAESHA, both individually and
in her official capacity,

       Defendants.

---

Douglas Hiram Coleman, pro se.

This is a civil-rights action brought by plaintiff Douglas Coleman against two

sets of defendants:  (1) the Duluth Police Department, the Chief of Police of Duluth, and

three Duluth police officers; and (2) the Fourth Street Market and two of its employees.

Coleman alleges that he was assaulted at the Fourth Street Market by an unknown

assailant on July 23, 2015, that the Duluth Police Department failed to adequately

investigate his assault, and that the Fourth Street Market and its employees failed to

assist the Department with its investigation.

On November 16, 2016, Magistrate Judge Leo I. Brisbois filed a report and

recommendation ("R&R") recommending that all claims against the Duluth Police

Department, the Fourth Street Market, and the two employees of the Fourth Street

Market be dismissed.  ECF No. 12.  Coleman did not object to the R&R, and therefore

the Court adopts it.

Coleman did, however, file a document styled "motion to dismiss."  ECF No. 13.

In that motion, Coleman asked that, just as Judge Brisbois had recommended, all claims

against the Duluth Police Department, the Fourth Street Market, and the two employees

of the Fourth Street Market be dismissed.  Given that the Court is adopting the R&R, the

Court will deny Coleman's motion as moot.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation of November 16, 2016 [ECF No. 12] is

ADOPTED.

2.      All claims against defendants Duluth Police Department, Fourth Street

Market, Matthew Thomas Potter, and Ms. Daesha are DISMISSED WITH

PREJUDICE AND ON THE MERITS.

3.      Coleman's Motion to Dismiss [ECF No. 13] is DENIED AS MOOT.

Dated:  January 17, 2017                    s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge