UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Douglas Hiram Coleman,

        Plaintiff,

vs.

Mike Tusken, et al.,

        Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 16-2650 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. All of Plaintiff's claims against Defendants in their individual capacities are **dismissed without prejudice**.

2. Defendants' Motion to Dismiss, [Docket No. 19], is **granted in its entirety**.

3. All of Plaintiff's claims against Defendants in their official capacities are **dismissed without prejudice.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 29, 2017

Patrick J. Schiltz, Judge
United States District Court